IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MICHAEL CARADINE**                                                                         **PLAINTIFF**

**V.**                                                                    **NO. 1:08CV305-DAS**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                        **DEFENDANT**

## FINAL JUDGMENT

The parties in this case having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying the Plaintiff Michael Caradine's claim for benefits, is hereby **AFFIRMED**; and the plaintiff's complaint is **DISMISSED** with prejudice.

**THIS** 10th day of November, 2009.

                                                                                     **/s/ David A. Sanders**
                                                                                     **U. S. MAGISTRATE JUDGE**